Argued October 26, affirmed October 26, petition for rehearing denied November 23, petition for review denied December 29, 1971

STATE OF OREGON, *Respondent, v.* ROBERT ANTHONY O'DONNELL (No. 13-758), *Appellant.*

489 P2d 973

*Gary D. Babcock,* Public Defender, Salem, argued the cause and filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

AFFIRMED FROM THE BENCH.